# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 08, 2025

Mr. W. Keith Ransdell
Ransdell Roach & Royse
176 Pasadena Drive
Lexington, KY 40503

Mr. David T. Royse
Ransdell Roach & Royse
176 Pasadena Drive
Lexington, KY 40503

Mr. Brandon Charles Ross Sword I
Quintairos, Prieto, Wood & Boyer
9300 Shelbyville Road
Suite 400
Louisville, KY 40222

Re:  Case No. 24-5515, *Kathryn Smith v. Landmark of Iroquois Park, et al*
Originating Case No. : 3:21-cv-00469

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc:  Mr. James J. Vilt Jr.
Enclosure

No mandate to issue

Case No. 24-5515

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

KATHRYN BARKER SMITH

     Plaintiff - Appellee

v.

LANDMARK OF IROQUOIS PARK REHABILITATION AND NURSING CENTER, LLC; INFINITY HEALTH CARE MANAGEMENT CONSULTING OF KENTUCKY, LLC, dba Infinity Healthcare Consulting, LLC; INFINITY HEALTHCARE MANAGEMENT OF INDIANA, LLC, dba Infinity Healthcare Consulting, LLC

     Defendants - Appellants

 and

INFINITY HEALTHCARE MANAGEMENT OF ILLINOIS, LLC

     Defendant

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: October 08, 2025